IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES BEAN,

    Petitioner,

-vs-

KIMBERLY BUTLER,

    Respondent.                      No. 11-cv-715-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 29, 2015 (Doc. 58), the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** The court declines to issue a certificate of appealability.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY:  *s/Caitlin Fischer*
                                           Deputy Clerk

**DATED:** September 29, 2015

Digitally signed by David R. Herndon
Date: 2015.09.29 15:35:06 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT